UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRANDEN D. HARGROVE, )<br>As Agent on behalf of Latonyia Hargrove, )<br>Principal )<br>              Plaintiff, )<br> )<br>v. )<br> )<br> )<br>SECURITY FIRST BANK )<br>              Defendant ) | **JUDGMENT**<br><br>No. 5:24-CV-690-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss and plaintiff's motion in opposition to motion to dismiss and motion for leave to file supplemental briefing.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 21, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on April 21, 2025, and Copies To:**
Branden D. Hargrove (via US mail) 3115 Bridle Street, Fayetteville, NC  28306
Lewis Hunter Hallowell (via CM/ECF Notice of Electronic Filing)


April 21, 2025                              PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K.Collins
                                        (By) Sandra K. Collins, Deputy Clerk